

**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

May 31, 2023

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *US v. Phya Scott*
                **23 Cr. 80 (LTS)**

Dear Judge Swain:

    I currently represent Phya Scott, who was recently indicted and is pending arraignment before Your Honor. I write the Court to ask to withdraw as counsel for Ms. Scott and to have CJA counsel appointed in my place.

    After numerous meetings and discussions with Ms. Scott, it has become clear that we have arrived at a point where my representation should not continue. While there was a time that we came to an understanding after our positions diverged initially, the representation has again become untenable. Ms. Scott agrees and wants new counsel.

    Ms. Scott lost her job at the time of her surrender and her financial situation has significantly deteriorated since then. As such, she is respectfully requesting that the Court appoint her counsel from the CJA Panel.

    I have informed the government of this situation. I have also received a completed CJA23 form from Ms. Scott that I can provide to the Court via email.

    I am currently on trial in Brooklyn and anticipate being available for a change of counsel appearance in the afternoons of June 5, 7 or 9.

    Thank you for your consideration.

*Granted.*
[signature]
6/7/23

Respectfully submitted,

[signature]

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788