***QUIJANO, ENNIS & SIDERIS***
ATTORNEYS AT LAW
52 DUANE STREET, FLOOR 7
NEW YORK, NEW YORK 10007

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

January 8, 2024

<u>Via ECF and Email</u>                           **MEMO ENDORSED**
The Honorable Laura T. Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v.  Phya Scott</u>, 23 Cr. 80 (LTS)

Dear Chief Judge Swain:

      As the attorney for Phya Scott in connection with the above referenced matter, I am writing respectfully to request an adjournment of Ms. Scott's sentencing, currently scheduled for January 26, 2024. Additional time is necessary to obtain records and complete Ms. Scott's sentencing submission, largely due to counsel (and my family members) getting sick before and throughout the holiday season. Accordingly, I respectfully request that Ms. Scott's sentencing in this matter be adjourned to a date the week of March 25, 2024, or later. I have conferred with the Government and they do not object to this request. Your Honor's attention to this request is, as always, greatly appreciated.

      Respectfully submitted,
      *Anna Sideris*
      Anna N. Sideris

Cc: Government Counsel via ECF and Email

The foregoing request is granted.  The sentencing hearing in this case is hereby adjourned to March 28, 2024, at 10:30 AM in Courtroom 17C.
SO ORDERED.
January 8, 2024
/s/ Laura Taylor Swain, Chief USDJ