***QUIJANO, ENNIS & SIDERIS***
ATTORNEYS AT LAW
52 DUANE STREET, FLOOR 7
NEW YORK, NEW YORK 10007

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

# MEMO ENDORSED

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

April 2, 2024

**Via ECF**
The Honorable Laura T. Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Phya Scott**, 23 Cr. 80 (LTS)

Dear Chief Judge Swain:

    As the attorney for Ms. Phya Scott, I am writing respectfully to request the Court order Pretrial Services to return Ms. Scott's passport to her. Ms. Scott was required, as a condition of her pretrial bond, to surrender her passport to Pretrial Services. On March 28, 2024, Ms. Scott was sentenced to a three-year term of probation. I have conferred with the Government and it does not object to this request. Your Honor's attention to this request is, as always, greatly appreciated.

                                        Respectfully submitted,
                                        *Anna Sideris*
                                        Anna N. Sideris

Cc: Government Counsel via ECF

The foregoing request is granted.  The Office of Pretrial Services is respectfully directed to return Ms. Scott's passport.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ
April 2, 2024