***QUIJANO, ENNIS & SIDERIS***
ATTORNEYS AT LAW
52 DUANE STREET, FLOOR 7
NEW YORK, NEW YORK 10007

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

<u>**MEMO ENDORSED**</u>

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

May 1, 2024

<u>**Via ECF**</u>
The Honorable Laura T. Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Phya Scott,</u> 23 Cr. 80 (LTS)

Dear Chief Judge Swain:

      As the court-appointed attorney for Ms. Phya Scott, I am writing respectfully to request the Court authorize CJA funds to reimburse Counsel for Ms. Scott's travel expenses on September 29, 2023, the date of her change of plea hearing. On September 29, 2023, a weather related state of emergency was declared in New York City. All subway service between Manhattan and Brooklyn was suspended on account of heavy flooding. Ms. Scott resides in Brooklyn. Counsel arranged for round trip transportation to Court via an Uber. The Uber fares charged for roundtrip transportation between the Courthouse and Ms. Scott's Brooklyn home were $165.76 and $98.24, respectively (reflecting added surge fees). Counsel has provided the CJA office with the expenses and receipts for these charges.

      Accordingly, I respectfully request the Court authorize CJA funds to reimburse Counsel $264.00 for Ms. Scott's round trip travel expenses in order to appear for her change of plea hearing on September 29, 2023. Your Honor's attention to this request is, as always, greatly appreciated.

The foregoing request for reimbursement in the
amount of $264.00 is approved. DE 235 is resolved.
SO ORDERED.
May 2, 2024
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,
*Anna Sideris*
Anna N. Sideris

      Cc: Government Counsel via ECF